**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 97-60486
_____


LUCIAN MARINESCU,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

_____

Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A 71 980 313
_____

June 24, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Lucian Calin Marinescu petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision denying his application for asylum and for a withholding of deportation.  We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence.  *See Carbajal-Gonzalez v. INS*, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.

_____

    [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.